IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

ANGELA HALL and
ERIK HALL,

              Plaintiffs,

v.                                      CIVIL ACTION NO.   3:22-0277

PUTNAM COUNTY COMMISSION,
a Political Subdivision of the State of West Virginia;
DEPUTY SHERIFF HEATHER D. GRIMMITT, an individual;
DEPUTY SHERIFF B. W. PAULEY, an individual,
DEPUTY SHERIFF STEVEN MARTIN, an individual;
DEPUTY SHERIFF BRIAN HUDSON, an individual;
DEPUTY SHERIFF DONATHAN JUDE, an individual;
DEPUTY SHERIFF J. B. GRIMMETT, an individual; and
DEPUTY SHERIFF VEITH, an individual,

              Defendants.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted Findings of Fact and recommended that the Motion for Civil Contempt (ECF Nos. 93, 94) be denied. No objections to the Magistrate Judge's findings and recommendation have been filed.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **ORDERS** that the Motion for Civil Contempt (ECF No. 93) be **DENIED**, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to forward copies of this written opinion and order to all counsel of record, and any unrepresented parties.

        ENTER:      October 18, 2023

        ROBERT C. CHAMBERS
        UNITED STATES DISTRICT JUDGE